The following constitutes
the order of the court. Signed November 3, 2015

_____
M. Elaine Hammond
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>ANDREW R. BOSQUE and ALMA R. BOSQUE,<br><br>            Debtors. | Case No. 10-62444-MEH<br><br>Chapter 13 |
| DONATO TAA,<br><br>            Plaintiff,<br><br>vs.<br><br>ANDREW BOSQUE,<br><br>            Defendant. | Adv. Proc. No. 11-5020-AH<br><br><br><br><br><br><br>**Trial Date: 11/3/2015**<br>**Time: 10:00 a.m.**<br>**Room: 3020** |

**ORDER DISMISSING ADVERSARY PROCEEDING**

    Trial in this matter came before the court on November 3, 2015, at 10:00 a.m. There were no appearances by or on behalf of either Plaintiff or Defendant.

///

///

///

For the reasons stated on the record pursuant to Fed. R. Civ. P. 52, applicable via Fed. R. Bankr. P. 7052, this adversary proceeding is DISMISSED for failure to prosecute.

**\*\*\*END OF ORDER\*\*\***

**Court Service List**

Donato Taa
140 Polaris Court
Milpitas, CA 95035

Andrew Bosque
2924 Prairie Lane
San Jose, CA 95127