# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971−5 | User: dfagan | Date Created: 11/3/2015 |
| Case: 11−05020 | Form ID: pdfeoapc | Total: 2 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
pla     Donato Taa     140 Polaris Court     Milpitas, CA 95035
dft     Andrew Bosque     2924 Prairie Lane     San Jose, CA 95127

TOTAL: 2